JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL STEVEN KING,<br><br>    Petitioner,<br><br>    v.<br><br>A. HEDGEPETH, Warden,<br><br>    Respondent. | Case No. CV 11-7517-DSF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: 2/6/12

Dale S. Fischer
United States District Judge